IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
1-23-2008
JAN 23 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| FELICIA BADY, GREGORY BADY, NICHELLE MCCLINTON, LARRY JONES, L.T. MALONE AND MAURICE CARSWELL,<br><br>Plaintiff,<br><br>vs.<br><br>OFFICER POLICE OFFICER MICHAEL VALENTINE (STAR #7931), CHICAGO POLICE OFFICER BRIAN SCHNIER (STAR #12298), CHICAGO POLICE OFFICER CALVIN JONES (STAR #10669), CHICAGO POLICE OFFICER MICHAEL S. AMORELLA (STAR #10544), CHICAGO POLICE OFFICER MICHAEL ANDERSON (STAR #3129), CHICAGO POLICE OFFICER SEBASTIAN FLATLEY (STAR #13734), CHICAGO POLICE OFFICER PAUL KANE (STAR #521), CHICAGO POLICE OFFICER SEAN MARRON (STAR #7048), CHICAGO POLICE OFFICER BRUCE SOBOL (STAR #19316), CHICAGO POLICE OFFICER JOSEPH SPEDALE (STAR #6393), CHICAGO POLICE OFFICER PAUL URBAN (STAR #7713), CHICAGO POLICE OFFICER KATHERINE WILLIAMS (STAR #8776) and the CITY OF CHICAGO,<br><br>Defendants. | No. 05 C 3754<br><br>Judge Milton Shadur<br><br>Magistrate Nan R. Nolan |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

_[signature]_
Gregory E. Kulis
Attorney for plaintiffs,
Felicia Bady, Gregory Bady, Nichelle McClinton,
Larry Jones, L.T. Malone and Maurice Carswell
Gregory E. Kulis & Associates
30 N. LaSalle Street, Suite 2140
Chicago, Illinois 60602
(312) 580-1830

Date: 1-14-08

_[signature]_
Avi Kamionski
Assistant Corporation Counsel
Attorney for defendants,
Michael Valentine, Brian Schnier, Calvin Jones,
Michael S. Amorella, Michael Anderson, Sebastian
Flatley, Paul Kane, Sean Marron, Bruce Sobol,
Joseph Spedale, Paul Urban and Katherine Williams
30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-0747

Date: 1/17/08

Respectfully submitted,

CITY OF CHICAGO a Municipal Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY: _[signature]_
George Yamin
Senior Corporation Counsel
330 North LaSalle Street
Suite 1020
Chicago, Illinois 60602
(312) 744-0454

Date: 1-17-08